**A CERTIFIED TRUE COPY**

APR 15 2002

ATTEST

FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR

CLERK'S OFFICE

certify this drawing to be a true
and correct copy of the original.
SHERRILL L. LOESCH, Clerk
United States District Court
Middle District of Florida
FILED

Deputy Clerk

*DOCKET NO. 1118*

8:96-CV-2045-T

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## IN RE RECOMM INTERNATIONAL DISPLAY, INC., CONTRACT LITIGATION

*BEFORE WM. TERRELL HODGES, CHAIRMAN, JOHN F. KEENAN, MOREY L. SEAR, BRUCE M. SELYA,\* JULIA SMITH GIBBONS, D. LOWELL JENSEN AND J. FREDERICK MOTZ, JUDGES OF THE PANEL*

### REMAND ORDER

Before the Panel are four motions, pursuant to Rule 7.6(f), R.P.J.P.M.L., 199 F.R.D. 425, 438 (2001), brought by Colonial Pacific Leasing Corp., n/k/a Waterview Resolution Corp. (Colonial), Leasing Partners, Inc. (LPI), Bell Atlantic TriCon Leasing Corp. (Bell Atlantic), Finova Capital Corp. (Finova), GreatAmerica Leasing Corp. (GreatAmerica), Amerus Leasing, Inc., Textron Financial Corp. and/or Avco Leasing, Inc. Movants seek to vacate the Panel's order conditionally remanding the 144 actions listed on the attached Schedule A from the Middle District of Florida to their respective transferor districts.[1] Alternatively, Bell Atlantic and Finova identify eleven actions to which they state that they are still parties and ask the Panel to vacate the conditional remand order insofar as it applies to the claims against them in those eleven actions (and thus allowing those claims to remain in the transferee district for continued Section 1407 proceedings). Finally, Colonial, LPI and GreatAmerica also request the Panel to reassign this litigation to another judge from the Middle District of Florida transferee district. All responding plaintiffs support Section 1407 remand.

On the basis of the papers filed and hearing session held, the Panel finds that remand of these actions is appropriate at this time. The following quotation from an earlier Panel opinion is very instructive:

> The Panel's Rules of Procedure provide that the Panel shall consider the question of remand on the motion of any party, on the suggestion of the transferee court or on the Panel's own initiative. Rule [7.6(c)], R.P.J.P.M.L., [199] F.R.D. [425, 437 (2001)]. In considering the question of remand, the Panel has consistently given great weight to the transferee judge's determination that remand of a particular action at a particular time is appropriate because the transferee judge, after all, supervises the day-to-day pretrial

---

\*Judge Selya took no part in the decision of this matter.

[1]The Panel's conditional remand order pertained to an additional twelve actions that subsequently were dismissed and closed in the transferee district by the transferee judge in separate orders signed on March 12, 2002. Accordingly, the conditional remand order insofar as it pertained to those twelve actions has been vacated, and the question of Section 1407 remand with respect to those actions is now moot.

- 2 -

proceedings. *See, e.g., In re IBM Peripheral EDP Devices Antitrust Litigation,* 407 F. Supp. 254, 256 (J.P.M.L. 1976). The transferee judge's notice of suggestion of remand to the Panel is obviously an indication that he perceives his role under Section 1407 to have ended. *In re Air Crash Disaster Near Dayton, Ohio, on March 9, 1967,* 386 F.Supp. 908, 909 (J.P.M.L. 1975).

*In re Holiday Magic Securities and Antitrust Litigation,* 433 F.Supp. 1125, 1126 (J.P.M.L. 1977). In the matter now before us, the transferee judge has transmitted to the Panel a suggestion of remand reflecting his determination that he has completed his task under Section 1407 as transferee judge with respect to these MDL-1118 actions. We respect and adopt that conclusion and therefore will order remand of the actions.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions on the attached Schedule A are hereby remanded from the Middle District of Florida to their respective transferor districts.

FOR THE PANEL:

_____
Wm. Terrell Hodges
Chairman

# SCHEDULE A

## MDL-1118
## IN RE RECOMM INTERNATIONAL DISPLAY, INC., CONTRACT LITIGATION

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| FLM | 8 | 96-2138 ALM | 2 | | 96-781 | Watson Animal Clinic v. Copelco Capital Inc., et al. |
| FLM | 8 | 97-1282 ALN | 2 | | 97-234 | AmerUs Leasing, Inc. v. Marbourg |
| FLM | 8 | 96-2139 ALN | 7 | | 96-1078 | Carrollton Prescription Shop v. Finova Capital, et al. |
| FLM | 8 | 96-2032 ALN | 8 | Adv | 96-80084 | Moultrie v. Recomm Int'l Display, Ltd., et al. |
| FLM | 8 | 96-2301 ALN | 8 | Adv | 96-80110 | Finova Capital Corp. v. Valley Drug, Inc., et al. |
| FLM | 8 | 96-2302 ALN | 8 | Adv | 96-80111 | B.C.&F., Inc. v. Finova Capital Corp., et al. |
| FLM | 8 | 96-2303 ALN | 8 | Adv | 96-80112 | L. Edward Davis, Jr. v. Finova Capital Corp., et al. |
| FLM | 8 | 96-2140 ALS | 1 | | 96-552 | Mac's Drugs, Inc. v. Copelco Capital, Inc. |
| FLM | 8 | 96-2590 ALS | 1 | | 96-1080 | Mark Wise v. Textron Financial Corp. |
| FLM | 8 | 96-2141 ARE | 3 | | 96-76 | James G. Crone, et al. v. Recomm Operations, Inc., et al. |
| FLM | 8 | 96-2142 ARE | 3 | | 96-158 | Kelly Graham, et al. v. Bank of Mississippi, et al. |
| FLM | 8 | 97-212  CAC | 2 | | 96-3109 | Finova Capital Corp. v. Century Pharmacy, et al. |
| FLM | 8 | 96-2143 CAC | 2 | | 96-3115 | Finova Capital Corp. v. Loe Enterprises, Inc., et al. |
| FLM | 8 | 96-2144 CAC | 2 | | 96-3116 | Finova Capital Corp. v. West Hollywood Pharmacy, et al. |
| FLM | 8 | 96-2145 CAC | 2 | | 96-3117 | Copelco Credit Corp. v. Rox San Pharmacy |
| FLM | 8 | 97-13   CAC | 2 | | 96-6037 | Amerus Leasing, Inc. v. Joseph D'Angelo, et al. |
| FLM | 8 | 97-355  CAC | 2 | | 96-9093 | Nations Credit v. Beebe-Shilton Corp., et al. |
| FLM | 8 | 97-356  CT | 3 | | 97-29 | Amerus Leasing, Inc. v. Alan G. Ford, et al. |
| FLM | 8 | 96-2380 FLS | 0 | | 96-7154 | Fellerdom Pharmacy v. Recomm International Display Corp |
| FLM | 8 | 97-1055 FLS | 1 | | 97-428 | Steve Sheldon, et al. v. Recomm Operations, Inc., et al. |
| FLM | 8 | 96-2148 GAM | 4 | Adv | 96-402 | Finova Capital Corp. v. Roy A. Carroll, D.V.M. |
| FLM | 8 | 96-2363 HI | 1 | | 96-406 | Finova Capital Corp. v. Honolulu Pet Clinic, et al. |
| FLM | 8 | 97-409  IAN | 1 | | 97-9 | Greatamerica Leasing Corp. v. Allard's Bell, et al. |
| FLM | 8 | 97-410  IAN | 1 | | 97-10 | Greatamerica Leasing Corp. v. George C. Punches, et al. |
| FLM | 8 | 97-411  IAN | 1 | | 97-11 | Greatamerica Leasing Corp. v. Your Druggist, Inc. |
| FLM | 8 | 97-412  IAN | 1 | | 97-12 | Greatamerica Leasing Corp. v. William C. Ballard |
| FLM | 8 | 97-413  IAN | 1 | | 97-13 | Greatamerica Leasing Corp. v. Gasaway Pharmacy, Inc. |
| FLM | 8 | 97-414  IAN | 1 | | 97-14 | Greatamerica Leasing Corp. v. Jaffe Drug Stores, Inc. |
| FLM | 8 | 97-415  IAN | 1 | | 97-15 | Greatamerica Leasing Corp. v. Alton Kanak |
| FLM | 8 | 97-416  IAN | 1 | | 97-16 | Greatamerica Leasing Corp. v. Jack A. Linder, et al. |
| FLM | 8 | 97-417  IAN | 1 | | 97-17 | Greatamerica Leasing Corp. v. Mid Ozark Animal, et al. |
| FLM | 8 | 97-1616 IAN | 1 | | 97-91 | GreatAmerica Leasing Corp. v. SGJ&P, Inc., et al. |
| FLM | 8 | 96-2381 IAS | 4 | | 96-70502 | Amerus Leasing, Inc. v. Hylton & Hylton, et al. |
| FLM | 8 | 96-2040 INN | 2 | | 96-56 | John R. DeVries, Inc. v. Recomm Int'l Display, et al. |
| FLM | 8 | 96-2150 LAE | 2 | | 96-1113 | First Natl Bank St. Mary Parish v. Faust Vet., et al. |
| FLM | 8 | 96-2591 LAE | 2 | | 96-3713 | Amerus Leasing, Inc. v. Michel's Pharmacy, Inc., et al. |
| FLM | 8 | 96-2154 LAW | 6 | | 96-940 | Sidney Dupois v. Finova Capital Corp., et al. |
| FLM | 8 | 97-214  LAW | 6 | | 96-1495 | Whitney National Bank v. W. Paul Bockewitz |
| FLM | 8 | 97-215  LAW | 6 | | 96-1496 | Whitney National Bank v. Ashok K. Gupta |
| FLM | 8 | 97-216  LAW | 6 | | 96-1572 | Whitney National Bank v. Union Avenue Pharmacy, et al. |
| FLM | 8 | 97-217  LAW | 6 | | 96-1573 | Whitney National Bank v. Southern Illinois Medicap, Inc |
| FLM | 8 | 97-219  LAW | 6 | | 96-1614 | Whitney National Bank v. Bratlands Prescrip. Shop, et al. |
| FLM | 8 | 97-220  LAW | 6 | | 96-1618 | Whitney National Bank v. Cherry Hill Pharmacy, et al. |
| FLM | 8 | 97-221  LAW | 6 | | 96-1619 | Whitney National Bank v. Alfors Apothecary, Inc., et al |
| FLM | 8 | 97-222  LAW | 6 | | 96-1620 | First Natl. Bank-St. Mary v. Roger Prof. Pharm., et al. |
| FLM | 8 | 97-225  LAW | 6 | | 96-1623 | Whitney National Bank v. Robert T. Shaw |
| FLM | 8 | 97-226  LAW | 6 | | 96-1631 | Whitney National Bank v. W. Richard Wilborn, et al. |
| FLM | 8 | 97-227  LAW | 6 | | 96-1632 | Whitney National Bank v. Ed Potts |
| FLM | 8 | 97-228  LAW | 6 | | 96-1684 | Whitney National Bank v. Donohoo Pharmacy, Inc., et al. |
| FLM | 8 | 97-229  LAW | 6 | | 96-1925 | Whitney National Bank v. Trenton Pharmacy, Inc., et al. |
| FLM | 8 | 97-230  LAW | 6 | | 96-2066 | Whitney National Bank v. Cramar, Inc., et al. |
| FLM | 8 | 97-232  LAW | 6 | | 96-2120 | Whitney National Bank v. Eldon R. Hall |
| FLM | 8 | 97-233  LAW | 6 | | 96-2165 | Whitney National Bank v. Underriner Pharmacy, et al. |
| FLM | 8 | 96-2382 LAW | 6 | | 96-2242 | Whitney National Bank v. Value Village, Inc., et al. |
| FLM | 8 | 96-2383 LAW | 6 | | 96-2315 | Whitney National Bank v. B&L Pharmacy, Inc., et al. |
| FLM | 8 | 97-16   MA | 1 | | 96-12250 | Amerus Leasing, Inc. v. Nabeel Khudairi, O.D. |
| FLM | 8 | 97-2330 MA | 1 | | 97-10118 | Amerus Leasing, Inc. v. Richard M. Danubio |
| FLM | 8 | 96-2155 MA | 4 | Adv | 96-4202 | Finova Capital Corp. v. Serio Brother, Inc., et al. |

MDL-1118 Schedule A (Continued)                                                                                      PAGE 2

| | | | | | | |
|---|---|---|---|---|---|---|
| FLM | 8 | 97-17 MD | 1 | Adv | 96-5493 | Copelco Capital Corp. v. Park Oak Pharmacy, et al. |
| FLM | 8 | 96-2156 MOE | 1 | | 96-151 | Twin City Pharmacy v. Recomm International, et al. |
| FLM | 8 | 96-2157 MOE | 4 | | 96-863 | Veterinary Associates v. Recomm International, et al. |
| FLM | 8 | 96-2158 MOE | 4 | Adv | 96-4123 | Veterinary Associates v. Recomm International, et al. |
| FLM | 8 | 96-2159 MOE | 4 | Adv | 96-4162 | Medley Pharmacy, Inc. v. Recomm International, et al. |
| FLM | 8 | 96-2042 MOE | 4 | Adv | 96-4163 | Hometown Pharmacy, Inc. v. Finova Capital Corp., et al. |
| FLM | 8 | 96-2160 MOW | 4 | Adv | 96-4054 | Drug Depot, Inc. v. Recomm Operations, Inc., et al. |
| FLM | 8 | 96-2041 MSS | 3 | | 96-218 | Glenn Allen Adair, et al. v. Amerus Leasing, Inc., et al. |
| FLM | 8 | 96-2044 MT | 9 | | 96-43 | Patrick Kane v. Recomm Int'l Display, Ltd., et al. |
| FLM | 8 | 96-2161 MT | 9 | | 96-53 | Michael Larson, et al. v. Recomm International Display, Ltd., et al. |
| FLM | 8 | 96-2162 MT | 9 | | 96-72 | Robert Sperry, et al. v. Recomm International Display, et al. |
| FLM | 8 | 96-2163 MT | 9 | | 96-78 | Curtis Schwaderer v. Recomm International Display Corp., et al |
| FLM | 8 | 97-18 NCW | 3 | Adv | 96-3389 | Springs Leasing Corp. v. Gremar, Inc., et al. |
| FLM | 8 | 96-2045 NJ | 2 | Adv | 96-2180 | ACY Corp. v. Recomm Int'l Display, Ltd., et al. |
| FLM | 8 | 96-2520 NJ | 2 | Adv | 96-2637 | Amerus Leasing, Inc. v. E&M Pharmacies, Inc. |
| FLM | 8 | 97-548 NM | 1 | | 96-1643 | Nations Financial Credit Corp. v. Fidel Tabet |
| FLM | 8 | 96-2385 NYE | 1 | | 96-4678 | Republic Leasing Co., Inc. v. Richmond Pharmacy, et al. |
| FLM | 8 | 97-360 NYN | 1 | | 96-2007 | Nations Financial Capital v. Peru Pharmacy, et al. |
| FLM | 8 | 96-2046 NYW | 1 | Adv | 96-1099 | Kenneth R. Nimon v. Gowanda Pharmacy, Inc., et al. |
| FLM | 8 | 96-2047 OKW | 5 | Adv | 96-1100 | Ken Hawkins, et al. v. Recomm International Display Ltd., et al. |
| FLM | 8 | 96-2048 OKW | 5 | Adv | 96-1128 | Max E. Rust, D.V.M., et al. v. Colonial Pacific Leasing, et al. |
| FLM | 8 | 96-2165 PAW | 2 | | 96-722 | Linda Stiller, et al. v. Recomm International Display, Ltd., et al. |
| FLM | 8 | 96-2306 SC | 3 | | 96-670 | L.H. Ahrens v. Recomm International Display Corp., et al. |
| FLM | 8 | 96-2166 SC | 3 | | 96-1282 | Republic Leasing Co. v. Edmundson Drug Co., et al. |
| FLM | 8 | 96-2167 SC | 3 | | 96-1388 | Republic Leasing Co., Inc. v. D.F. Deily |
| FLM | 8 | 97-1056 TNE | 1 | | 97-73 | Amerus Leasing v. Pediatric Center of Cleveland, et al. |
| FLM | 8 | 97-1617 TNM | 3 | Adv | 96-2002 | Charles A. Rice. O.D. v. First Federal Leasing |
| FLM | 8 | 97-1618 TNM | 3 | Adv | 96-2003 | William Logan McCord, O.D. v. First Federal Leasing |
| FLM | 8 | 97-235 TNW | 2 | Adv | 96-8009 | United American Bank of Memphis v. Duvall Drugs, et al. |
| FLM | 8 | 97-236 TNW | 2 | Adv | 96-8010 | United American Bank of Memphis v. Holt's, et al. |
| FLM | 8 | 97-237 TNW | 2 | Adv | 96-8011 | United American Bank of Memphis v. Jack W., et al. |
| FLM | 8 | 97-238 TNW | 2 | Adv | 96-8012 | United American Bank of Memphis v. Waterproof, et al. |
| FLM | 8 | 97-239 TNW | 2 | Adv | 96-8013 | United American Bank of Memphis v. Service Drug, et al. |
| FLM | 8 | 97-240 TNW | 2 | Adv | 96-8014 | United American Bank of Memphis v. Steve Miller, et al. |
| FLM | 8 | 97-241 TNW | 2 | Adv | 96-8015 | United American Bank of Memphis v. Standard Drug Co. of Troy |
| FLM | 8 | 97-815 TNW | 2 | | 96-8016 | United American Bank of Memphis v. Osborne Animal Clinic, et al. |
| FLM | 8 | 97-816 TNW | 2 | | 96-8017 | United American Bank of Memphis v. Whitesburg Animal Hosp., et al. |
| FLM | 8 | 97-242 TNW | 2 | Adv | 96-8018 | United American Bank of Memphis v. Alfors, et al. |
| FLM | 8 | 97-243 TNW | 2 | Adv | 96-8019 | United American Bank of Memphis v. Burns Drug, et al. |
| FLM | 8 | 97-244 TNW | 2 | Adv | 96-8020 | United American Bank of Memphis v. C.D.S. #10, et al. |
| FLM | 8 | 97-245 TNW | 2 | Adv | 96-8021 | United American Bank of Memphis v. Kilgore, et al. |
| FLM | 8 | 97-246 TNW | 2 | Adv | 96-8022 | United American Bank of Memphis v. M. Rogers, et al. |
| FLM | 8 | 97-247 TNW | 2 | Adv | 96-8023 | United American Bank of Memphis v. Larry Routt, et al. |
| FLM | 8 | 97-248 TNW | 2 | Adv | 96-8024 | United American Bank of Memphis v. Tyson Drugs, Inc., et al. |
| FLM | 8 | 97-249 TNW | 2 | Adv | 96-8025 | United American Bank of Memphis v. North Fork, et al. |
| FLM | 8 | 97-250 TNW | 2 | Adv | 96-8026 | United American Bank of Memphis v. Pharmacy, et al. |
| FLM | 8 | 97-251 TNW | 2 | Adv | 96-8027 | United American Bank of Memphis v. Saverite, et al. |
| FLM | 8 | 97-252 TNW | 2 | Adv | 96-8028 | United American Bank of Memphis v. Anderson, et al. |
| FLM | 8 | 97-253 TNW | 2 | Adv | 96-8029 | United American Bank of Memphis v. Meramec, et al. |
| FLM | 8 | 97-254 TNW | 2 | Adv | 96-8030 | United American Bank of Memphis v. Halman, Inc., et al. |
| FLM | 8 | 97-255 TNW | 2 | Adv | 96-8031 | United American Bank of Memphis v. Wilmot, et al. |
| FLM | 8 | 97-256 TNW | 2 | Adv | 96-8032 | United American Bank of Memphis v. Town, et al. |
| FLM | 8 | 97-257 TNW | 2 | Adv | 96-8033 | United American Bank of Memphis v. Emerson's, et al. |
| FLM | 8 | 97-258 TNW | 2 | Adv | 96-8034 | United American Bank of Memphis v. DBM, et al. |
| FLM | 8 | 97-259 TNW | 2 | Adv | 96-8035 | United American Bank of Memphis v. Aumack's, et al. |
| FLM | 8 | 97-260 TNW | 2 | Adv | 96-8036 | United American Bank of Memphis v. Patterson, et al. |
| FLM | 8 | 97-261 TNW | 2 | Adv | 96-8037 | United American Bank of Memphis v. B&L Pharmacy, et al. |
| FLM | 8 | 97-262 TNW | 2 | Adv | 96-8038 | United American Bank of Memphis v. Collie Drugs Pharm., et al |
| FLM | 8 | 97-263 TNW | 2 | Adv | 96-8040 | United American Bank of Memphis v. Vidor, et al. |
| FLM | 8 | 97-731 TNW | 2 | Adv | 96-8043 | United American Bank of Memphis v. Stephens Drug, Inc., et al. |
| FLM | 8 | 97-732 TNW | 2 | Adv | 96-8044 | United American Bank of Memphis v. Highland Heights, et al. |
| FLM | 8 | 97-733 TNW | 2 | Adv | 96-8045 | United American Bank of Memphis v. Blandford Pharmacy, et al. |
| FLM | 8 | 97-734 TNW | 2 | Adv | 96-8046 | United American Bank of Memphis v. Boelling Pharmacy, et al. |
| FLM | 8 | 97-817 TNW | 2 | | 96-8039 | United American Bank of Memphis v. Lyon Drug Co. Maumellel, et al. |
| FLM | 8 | 97-818 TNW | 2 | | 96-8041 | United American Bank of Memphis v. Thomas G. Brelage, et al. |
| FLM | 8 | 97-819 TNW | 2 | | 96-8048 | United American Bank of Memphis v. Allen's Drug Store |
| FLM | 8 | 97-820 TNW | 2 | | 97-8002 | United American Bank of Memphis v. Hedges Prescription, et al. |

MDL-1118 Schedule A (Continued)                                                                    PAGE 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| FLM | 8 | 96-2168 | TXN | 2 | | 96-80 | Mahnken Pharmacy, Inc. v. Recomm International et al. |
| FLM | 8 | 96-2052 | TXN | 2 | | 96-102 | Mahnken Pharmacy v. Recomm Int'l Display, Ltd., et al. |
| FLM | 8 | 97-264 | TXN | 2 | | 96-132 | David Riddlespurger v. Textron Financial Corp. |
| FLM | 8 | 97-265 | TXN | 2 | | 96-245 | Cled T. Click v. Colonial Pacific Leasing Corp., et al. |
| FLM | 8 | 97-19 | TXN | 3 | | 96-3052 | Copelco Capital, Inc. v. Steve Pirkey |
| FLM | 8 | 97-127 | TXN | 4 | | 96-887 | Amerus Leasing v. Park Row Animal Hospital, et al. |
| FLM | 8 | 97-266 | TXS | 2 | | 96-119 | Pat L. Hubert v. Recomm International Display, Ltd., et al. |
| FLM | 8 | 96-2169 | TXS | 4 | | 96-1506 | Amerus Leasing, Inc. v. Dr. Albert D. Love, et al. |
| FLM | 8 | 96-2308 | TXS | 4 | | 96-2080 | Amerus Leasing, Inc. v. Dorsey C. Blair, et al. |
| FLM | 8 | 96-2053 | TXS | 4 | Adv | 96-4190 | Lake Olympia Animal v. Recomm International, et al. |
| FLM | 8 | 96-2309 | TXS | 4 | Adv | 96-4685 | Amerus Leasing, Inc. v. Doan-Ahn Pham, O.D., et al. |
| FLM | 8 | 97-20 | TXS | 4 | Adv | 96-4719 | Amerus Leasing, Inc. v. Marcia L. DuBois |
| FLM | 8 | 97-128 | TXS | 4 | Adv | 96-4819 | Amerus Leasing, Inc. v. Ann Fingold |
| FLM | 8 | 97-736 | TXS | 4 | Adv | 97-4086 | First Interstate Financial v. Rice Village, et al. |
| FLM | 8 | 97-737 | TXS | 4 | Adv | 97-4101 | First Interstate Financial Services v. John Gee |
| FLM | 8 | 97-1057 | TXS | 4 | Adv | 97-4102 | First Interstate Financial Services, Inc. v. Lee Ford |
| FLM | 8 | 97-468 | TXW | 1 | | 97-17 | Amerus Leasing, Inc. v. Dr. Lester Kitchen, et al. |
| FLM | 8 | 96-2171 | WIW | 3 | Adv | 96-1098 | Hillcrest Animal Hospital v. Recomm International, et al. |
| FLM | 8 | 96-2172 | WVN | 1 | | 96-85 | George Seiler, D.V.M., et al. v. Colonial Pacific Leasing Corp., et al. |